**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M. ANGELICA CONEJO,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | NO. ED CV 10-706-AS<br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

　　DATED: August 27, 2014.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE